UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TODD L. SCHOCK, JR,

                 Petitioner,

v.

JEFFREY A UTTECHT,

                 Respondent.

No. 3:20-CV-5247-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. 10) and the remaining record (no objections to the Report and Recommendation were filed), does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 10).

(2)     Petitioner's federal habeas Petition (Dkt. 3) is dismissed without prejudice.

(3)     A certificate of appealability is denied in this case.

(4)     The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

**DATED** this 3rd day of August, 2020.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1